SUZANNE ZALEV, SBN 252405
BAY AREA LEGAL AID
1735 Telegraph Avenue
Oakland, CA 94612
Phone: (510) 663-4713
Fax: (510) 663-4740
Email: szalev@baylegal.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WHEATLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 3:24-cv-02884-LJC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR SECOND EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF |

    The parties hereto, by and through their undersigned attorneys, hereby stipulate that Plaintiff, Charles Wheatley, shall have an additional fourteen days, until Friday, September 27, 2024, in which to file and serve an opening brief (motion for summary judgment) in this action. This is the second stipulation for extended time requested by Plaintiff in this matter. The extension is necessary due to significant competing workloads and to allow Plaintiff additional time to draft the brief. Plaintiff does not expect any further extensions will be necessary.

1

Respectfully submitted,

Dated: September 9, 2024    By: /s/ *Suzanne Zalev*
Suzanne Zalev
Attorney for Plaintiff

Dated: September 9, 2024    By: /s/ *Jennifer Tarn**
* As authorized via email on September 9, 2024
Jennifer Tarn
Attorney for Defendant

# [PROPOSED] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: September 11, 2024    By: _____
Hon. Lisa J. Cisneros, U.S. Magistrate Judge

2