```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Associate General Counsel
Office of Program Litigation, Office 7
ERIN HIGHLAND (GA Bar No. 153550)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2495
Erin.highland@ssa.gov
```

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES WHEATLEY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 3:24-cv-02884-LJC<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME** |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 30-day extension of time, from November 12, 2024 to December 12, 2024, for Defendant to file a Brief in this case.

　　　　This is Defendant's first request for an extension of time and good cause exists for this extension. Upon review of Plaintiff's brief and the transcript, I require more time to consult with my client and possibly Plaintiff regarding settlement options in this case and to file a responsive brief absent settlement. Plaintiff does not oppose Defendant's request for an extension of time.

Respectfully submitted,

Dated:  November 5, 2024

*/s/ Suzanne Zalev*
SUZANNE ZALEV
(*as authorized via email on 11/5/24)
Attorney for Plaintiff

Dated:  November 5, 2024

ISMAIL J. RAMSEY
United States Attorney

By:   */s/ Erin Highland*
ERIN HIGHLAND
Special Assistant U.S. Attorney
Office of Program Litigation, Office 7

Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  November 5, 2024

THE HONORABLE LISA J. CISNEROS
United States Magistrate Judge